IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRACY HENDRICKS                                                                PLAINTIFF

VS.                          CASE NO. 3:08-CV-134 WRW

PEDIATRIC SPECIALITY CARE INC., ET AL                          DEFENDANT(S)

## ORDER

Attorney Jerry D. Roberts was appointed to represent plaintiff by Court Order on January 20, 2009 [DE# 37]. Plaintiff Tracy Hendricks has contacted the Court explaining that she can not reach her appointed counsel, and has tried to do so by both telephone and regular mail. The Court has also tried to contact Mr. Roberts without success.

It is therefore ORDERED plaintiff's appointed counsel Jerry D. Roberts contact Tenesha Jones, Courtroom Deputy to Judge Henry L. Jones, Jr., 600 West Capitol Avenue, Suite A149, (501) 604-5174 within 10 days of the date of this order.

IT IS SO ORDERED this 2nd day of March, 2009.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE