**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 30, 2009**

Mr. Jerry D. Roberts
Glover, Roberts & Dooley
Post Office Box 373
Wynne , AR 72396-0373

      Re: *Hendricks v. Pediatric Specialty Care Inc.* et al -- 3:08CV00134-WRW

Dear Mr. Roberts:

I have received Defendants' Motion for Summary Judgment, which was filed on November 12, 2009, and appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 12:00 noon on Monday, December 14, 2009, I will grant the motion.

                        Cordially,

                        /s/ Wm. R.Wilson,Jr.

Original to the Clerk of the Court
cc:      Other Counsel of Record

---

[1] The response was due on Friday, November 27, 2009.