**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TRACY HENDRICKS**                                                                                      **PLAINTIFF**

**VS.**                                      **NO. 3:08-CV-00134 WRW**

**PEDIATRIC SPECIALTY CARE, INC.;
LINDA SHEMPERT, Individually and
as an Employee of Pediatric Specialty Care, Inc.;
And ROBIN BEVILL, Individually and
as an Employee of Pediatric Specialty Care, Inc.**                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Based on an Order entered this date granting Defendants' Motion for Summary

Judgment (Doc. No. 50), this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of January, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE